No. 970. EL PUEBLO, APELADO, *v.* GARCÍA, APELANTE.—
No. 972. EL PUEBLO, APELADO, *v.* GABINO, APELANTE.—
No. 983. EL PUEBLO, APELADO, *v.* MORALES, APELANTE.—
No. 988. EL PUEBLO, APELADO, *v.* MERCED, APELANTE.—Infracción artículo 162, Código Penal. Humacao. Abril 10, 1916. *Desistidas las apelaciones.*

---

No. 1007. EL PUEBLO, APELADO, *v.* CRUZ, APELANTE.—Acometimiento y agresión grave. San Juan, Sección 2ª. Abril 10, 1916. *Confirmada la sentencia.*

---

No. 893. EL PUEBLO, APELADO, *v.* SANZ, APELANTE.—Delito contra la honestidad. Mayagüez.
No. 1009. EL PUEBLO, APELADO, *v.* OLMO, APELANTE.—Adulteración de leche. San Juan, Sección 2.ª Abril 11, 1916. *Confirmadas las sentencias.*

---

No. 158. CARAM, PETICIONARIO, *v.* ROSSY, JUEZ DE DISTRITO, DEMANDADO.—
No 159. ALCAIDE, PETICIONARIO, *v.* LÓPEZ ACOSTA, JUEZ DE DISTRITO, DEMANDADO.—*Certiorari.* Abril 13, 1916. *Denegadas las solicitudes.*

---

No. 1442. SABATER, APELADO, *v.* CABASSA, APELANTE.—Cobro de honorarios. Mayagüez. Abril 14, 1916. *Desestimada la apelación por carecer de finalidad práctica.*

---

No. 956. EL PUEBLO, APELADO, *v.* MALDONADO, APELANTE.—Alterar la paz. Ponce. Abril 25, 1916. *Desestimado el recurso por falta de escrito de apelación.*